UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Sean P. Fuller,

                Plaintiff,                          Index No. 13-CV-456 (GLS)(CFH)

      -against-                           **NOTICE OF VOLUNTARY**
                                            **DISMISSAL PURSUANT TO**
Dynamic Recovery Solutions, LLC.         **F.R.C.P. 41 (a)(1)(A)(i)**

               Defendant.
--------------------------------------------------------X

        Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sean P. Fuller r by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Dynamic Recovery Solutions, LLC.

Dated: August 13, 2013
New York, New York

                                 **FREDRICK SCHULMAN & ASSOCIATES**

                                 BY: s/ Fredrick Schulman, Esq.

                                 FREDRICK SCHULMAN, ESQ.
                                 Fredrick Schulman & Associates
                                 30 East 29th Street
                                 New York, New York 10016
                                 P: 212-796-6053
                                 F: 212-951-7379
                                 Attorneys for Plaintiff

**SO-ORDERED:**

*Gary L. Sharpe*
Hon. Gary L. Sharpe
Chief Judge
August 14, 2013